UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASSANDRA LUSTER, Individually and A/N/F/ of D. L., a Minor Child, et al., Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 3:16-CV-0396-B |
| CITY OF DALLAS, et al., Defendants. | § § § § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant Pilot Travel Centers, LLC's Motion for Summary Judgment, Doc. 67, is GRANTED. Plaintiffs' claims against Pilot for negligent hiring, training, and supervision, punitive and exemplary damages, as well as any claim brought by DaMon Luster under the Texas Wrongful Death Act are DISMISSED WITH PREJUDICE.

**SO ORDERED** this 1st day of August, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE