UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASSANDRA LUSTER, Individually | § | |
| and A/N/F/ of D. L., a Minor Child, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-0396-B |
| | § | |
| CITY OF DALLAS, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a

recommendation in this case. No objections were filed. The Court reviewed the proposed

findings, conclusions and recommendation for plain error. Finding none, the Court accepts the

Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants

City of Dallas and Aaron Tolerton's Motion for Partial Summary Judgment, Doc. 72, is

GRANTED. Plaintiffs' claims premised on the unlawful detention of Decedent and DaMon, the

unlawful seizure of Decedent, the unlawful arrest of DaMon, the use of excessive force against

DaMon, the denial of due process of law as to Decedent, the denial of equal protection as to

Decedent and DaMon, as well as Plaintiffs' state law claims against the City and Tolerton are

DISMISSED WITH PREJUDICE.

**SO ORDERED** this 29th day of August, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE